UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| WORLDWIDE DIRECT, INC., et al., ) | |
| ) | Case Nos. 99-108 to -127 (MFW) |
| Debtors. ) | |
| ) | Jointly Administered |

## NOTICE OF APPEAL

Hennigan, Bennett & Dorman LLP, fee applicant in the above-captioned proceeding, hereby appeals pursuant to 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure from the "Order Regarding Application Of Hennigan, Bennett & Dorman LLP For Allowance Of Compensation And For Reimbursement Of Expenses Incurred In Defense Of Objection To The Firm's Final Fee Application" [docket # 3312] (the "Order"), entered in this bankruptcy case on March 9, 2005.

The names of all parties to the Order and their respective attorneys are as follows:

1. **Appellant**: HENNIGAN, BENNETT & DORMAN LLP

   James O. Johnston, Esq.
   HENNIGAN, BENNETT & DORMAN LLP
   601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017
   Phone : (213) 694-1200

   Robert. S. Brady, Esq.
   YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, DE 19801
   Phone: (302) 571-6600

2.  **Appellee**: GOLDIN ASSOCIATES, L.L.C., AS LIQUIDATING TRUSTEE FOR THE WORLDWIDE DIRECT LIQUIDATING TRUST

    Steven K. Kortanek
    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
    919 Market Street, Suite 1000
    Wilmington, DE 19801
    Phone: (302) 426-1189

    Paul R. DeFilippo, Esq.
    WOLLMUTH, MAHER & DEUTSCH
    One Gateway Center, 9th Floor
    Newark, NJ 07102
    Phone: (973) 733-9200

Dated: March 16, 2005            HENNIGAN, BENNETT & DORMAN LLP

                                 Bruce Bennett
                                 James O. Johnston
                                 601 South Figueroa Street, Suite 3300
                                 Los Angeles, California 90017
                                 Telephone: (213) 694-1200
                                 Telecopy: (213) 694-1234

                                 -and-

                                 YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
                                 Robert. S. Brady, Esq.
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, DE 19801
                                 Phone: (302) 571-6600
                                 Telecopy: (302) 571-1253