IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WORLDWIDE DIRECT, INC., *et al.*, | ) | Case No. 99-00108 (MFW) through |
| | ) | Case No. 99-00127(MFW) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 3297 |

**ORDER REGARDING APPLICATION OF
HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE
OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
INCURRED IN DEFENSE OF OBJECTION TO THE
FIRM'S FINAL FEE APPLICATION**

Upon consideration of the Application Of Hennigan, Bennett & Dorman LLP For Allowance Of Compensation And For Reimbursement Of Expenses Incurred In Defense Of Objection To The Firm's Final Fee Application (the "Application"), the objection to the Application filed by the Liquidating Trustee, and the arguments of counsel at the February 8, 2005 hearing on the Application, and for the reasons stated on the record at said hearing, it is hereby

ORDERED that the Application is denied.

Dated: March 8, 2005

_____
The Honorable Mary F. Walrath
Chief United States Bankruptcy Judge

DEL1 60596-1