UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**Worldwide Directr, Inc.**
**Bankruptcy Case No.:99-108**                                                April 4, 2005
 **Appeal No.: 05-20**

Bankruptcy Appeal Transmittal Sheet

**Name of Appellant(s)**   Hennigan, Bennett & Dorman LLP
**Counsel for Appellant(s)**

**Robert S. Brady**
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391


**Name of Appellee:**     Goldin Associates, LLC
**Counsel for Appellee**:Steven K. Kortanek
Klehr Harrison Harvey Branzburg & Ellers
919 Market St.,Suite 1000
Suite 1000
Wilmington, DE 19801


**Enclosed Items:**
**Notice of Appeal: #05-20 Docket #3316**
**Copy of Order: Docket #3312**


**Appellant: Designation of Record: Docket #3319**


**Appellee: Designation of Record**: Docket #3320