UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| WORLDWIDE DIRECT, INC., et al., ) | |
| ) | Case Nos. 99-108 to -127 (MFW) |
| Debtors. ) | |
| ) | Jointly Administered |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN
THE RECORD ON APPEAL AND STATEMENT OF ISSUE ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant Hennigan, Bennett & Dorman LLP ("HBD") hereby designates the following items to be included in the record on appeal from the "Order Regarding Application Of Hennigan, Bennett & Dorman LLP For Allowance Of Compensation And For Reimbursement Of Expenses Incurred In Defense Of Objection To The Firm's Final Fee Application" [docket # 3312] (the "Order"), entered in this bankruptcy case on March 10, 2005:

| Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|
| 08/14/2001 | 2431 | Application For Interim Professional Compensation (Sixth And Final) Of Hennigan, Bennett & Dorman. |
| 10/26/2001 | 2524 | Motion To Extend Time For Objection Deadlines To All Final Fee Applications. |

| Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|
| 12/03/2001 | 2549 | Objection To Application Objection To The Final Fee Applications Of Hennigan, Bennett & Dorman And Howrey & Simon For Compensation And Reimbursement Of Expenses For The Pre-Effective Date Period. |
| 01/07/2002 | 2591 | Stipulation By Goldin Associates, L.L.C., Liquidating Trustee Of The Worldwide Direct Liquidation Trust And Between Hennigan, Bennett & Dorman Of An Order Regarding Briefing And Discovery Schedule For Objection. |
| 02/28/2002 | 2654 | Order Approving Amended Stipulation Regarding Briefing And Discovery Schedule For Objection To Hennigan, Bennett & Dorman's Final Fee Application, And Scheduling Hearing. |
| 03/01/2002 | 2650 | Supplemental Objection To The Final Fee Application Of Hennigan Bennett & Dorman For The Pre-Effective Date Period. |
| 03/15/2002 | 2661 | Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 03/15/2002 | 2662 | Appendix Filed By Hennigan, Bennett & Dorman. |
| 03/15/2002 | 2663 | Appendix Filed By Hennigan, Bennett & Dorman. |
| 03/15/2002 | 2664 | Affidavit Of Shawna Ballard In Support Of Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 03/15/2002 | 2665 | Affidavit Of James O. Johnston In Support Of Hennigan, Bennett & Dorman's Final Fee Application. |
| 03/15/2002 | 2666 | Affidavit Of Linda A. Kontos In Support Of Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 03/18/2002 | 2669 | Declaration Of Eugene Davis In Support Of Hennigan, Bennett & Dorman's Final Fee Application. |
| 05/03/2002 | 2723 | Notice Of Hearing Respecting Motion In Limine By The Liquidating Trustee. |

| Filing Date/<br>Entry Date | Docket<br>No. | Document |
|---|---|---|
| 05/08/2002 | 2732 | Motion To Allow Motion Requesting Telephonic Status Conference To Establish Procedures For The May 16, 2002 Hearing Regarding Hennigan, Bennett & Dorman's Final Fee Application. |
| 05/14/2002 | 2738 | Affidavit Of Linda A. Kontos In Support Of Objection To Motion Of Liquidating Trustee's Motion In Limine To Preclude Evidence. |
| 05/15/2002 | 2743 | Affidavit Of Bruce Bennett In Support Of Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 05/15/2002 | 2744 | Revised Declaration Of Shawna Ballard In Support Of Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 05/15/2002 | 2745 | Revised Declaration Of Eugene I. Davis In Support Of Reply Of Hennigan, Bennett & Dorman To The Liquidating Trust's Objection To The Final Fee Application. |
| 05/16/2002 | 2747 | Revised Declaration Of Thaddeus Bereday In Support Of Hennigan, Bennett & Dorman's Final Fee Application. |
| 07/05/2002 | 2802 | Transcript Of Hearing Held Before The Honorable Mary F. Walrath On May 16, 2002. |
| 08/21/2002 | 2850 | Motion For Leave To File An Addendum To The Supplemental Objection To The Final Fee Application Of Hennigan Bennett & Dorman For The Pre-Effective Date Period. |
| 09/17/2002 | 2861 | Transcript Of Hearing Held On 5/16/2002. |
| 10/24/2002 | 2885 | Final Application For Compensation And For Reimbursement Of Holdback Fees And Expenses For Legal Cost Control, Inc., Auditor For The Period From August 28, 2001 To December 31, 2001. |
| 10/24/2002 | 2889 | First Interim Application For Compensation And For Reimbursement Of Expenses For The Period From October 27, 2001 To July 31, 2002 For Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC. |

| Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|
| 10/25/2002 | 2891 | First Application For Compensation For Wollmuth Maher & Deutsch LLP, Special Counsel For The Period From May 7, 2002 To July 31, 2002: 5/7/2002 To 7/31/2002. |
| 12/05/2002 | 2982 | Hearing Held/Court Sign-In Sheet. |
| 12/06/2002 | 2978 | Exhibits For December 5, 2002 Hearing On HBD's Fee Application |
| 04/15/2003 | 3044 | Citation Of Subsequent Authority In Support Of Final Fee Application Of Hennigan, Bennett & Dorman LLP. |
| 04/23/2003 | 3050 | Transcript Of Hearing Held On December 5, 2002 At 9:33 A.M. |
| 07/01/2003 | 3083 | Second Interim Application For Allowance Of Compensation And Reimbursement Of Expenses For The Period Of August 1, 2002 Through May 31, 2003 Filed By Wollmuth Maher & Deutsch LLP. |
| 11/01/2004 | 3258 | Opinion Sustaining In Part Liquidating Trustee's Objection To Sixth And Final Verified Application Of Hennigan, Bennett & Dorman For Allowance Of Compensation And Reimbursement Of Expenses. |
| 11/01/2004 | 3259 | Order Sustaining In Part Liquidating Trustee's Objection To Sixth And Final Verified Application Of Hennigan, Bennett & Dorman For Allowance Of Compensation And Reimbursement Of Expenses. |
| 12/16/2004 | 3289 | Motion Of Goldin Associates, L.L.C., As Liquidating Trustee For The Worldwide Direct Liquidating Trust (I) To Enforce October 29, 2004, Bankruptcy Court Order Requiring Hennigan, Bennett & Dorman To Disgorge Fees And (II) For Sanctions For Civil Contempt Including An Award Of Interest, Costs And Fees. |

| Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|
| 12/30/2004 | 3296 | Response To Motion Of Goldin Associates, L.L.C., As Liquidating Trustee For The Worldwide Direct Liquidating Trust (I) To Enforce October 29, 2004, Bankruptcy Court Order Requiring Hennigan, Bennett & Dorman To Disgorge Fees And (II) For Sanctions For Civil Contempt Including An Award Of Interest, Costs And Fees. |
| 12/30/2004 | 3297 | Application Of Hennigan, Bennett & Dorman LLP For Compensation And For Reimbursement Of Expenses Incurred In Defense Of Objection To The Firm's Final Fee Application. |
| 12/30/2004 | 3298 | Declaration Of Service Of Donna Cardenas. |
| 02/01/2005 | 3305 | Objection Of The Liquidating Trustee To The Application Of Hennigan, Bennett & Dorman For Allowance Of Compensation And Reimbursement Of Expenses Incurred In Defense Of Firm's Final Fee Application. |
| 02/25/2005 | 3308 | Transcript Of Hearing Held On February 8, 2005 At 11:37 A.M. |
| 03/10/2005 | 3312 | Order Regarding Application Of Hennigan, Bennett & Dorman LLP For Compensation And For Reimbursement Of Expenses Incurred In Defense Of Objection To The Firm's Final Fee Application |

## STATEMENT OF ISSUE ON APPEAL

Did the Bankruptcy Court err in denying HBD an award of its reasonable fees and expenses incurred in defending against the Liquidating Trust's objection to HBD's final fee application, where HBD prevailed on over eighty-six percent (86%) of the fees and expenses to which an objection was made and nearly ninety-five percent (95%) of HBD's total requested fees and expenses, and where the Liquidating Trust's objection was lodged and prosecuted in bad faith?

Dated: March 24, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert. S. Brady (No. 2847)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Telecopy: (302) 571-1253

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopy: (213) 694-1234

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WORLDWIDE DIRECT, INC., et al.,[1] | ) | Case No. 99-108 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

   Chandra J. Rudloff being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, and that on March 24, 2005, she caused the following copies to be served, as indicated, upon the parties identified on the attached service list:

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUE ON APPEAL**

_____
Chandra J. Rudloff

SWORN TO AND SUBSCRIBED before me this 24th day of March 2005.

_____
Notary Public
My commission expires: _____

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug 31, 2007

---

[1] Worldwide Direct, Inc., SmarTalk TeleServices, Inc., SmarTalk USPS Sales Co. (f/k/a American Express Telecom, Inc.), GTI Telecom, Inc., USA Telecommunications Services, Inc (d/b/a The Debit Cellular Network), SmarTel Communications, Inc., SMTK NY-1 Corp., Creative Network Marketing, Inc., SmarTalk (Delaware) Corporation, SMTK Acquisition Corp., SMTK Acquisition Corp III, SmarTalk Acquisition Corp., ConQuest Communications Corp., ConQuest Long Distance Corp., ConQuest Operator Services Corp., SmarTel, Inc., SmarTel International, Inc., SmarTel Communications of Virginia, Inc., and ConQuest Operator Services, LP.

WP3 : 629821 . 1
WP3:1097444.1

54947.1001

64083 10

# SERVICE LIST
## 3/24/2005

Paul R. DeFilippo, Esq.
Wollmuth Maher & Deutsch LLP
One Gateway Center - Ninth Floor
Newark, NJ 07102
*First Class Mail*

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Steven A. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
*Hand Delivery*

WP3 : 629821 . 1
WP3:1097444 1

54947 1001
64083 1(