UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WORLDWIDE DIRECT, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 99-00108(MFW) through<br>Case No. 99-00127(MFW)<br><br>(Jointly Administered) |

### DESIGNATION OF APPELLEE GOLDIN ASSOCIATES, L.L.C., AS LIQUIDATING TRUSTEE FOR THE WORLDWIDE DIRECT LIQUIDATING TRUST OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee Goldin Associates, L.L.C., as Liquidating Trustee for the Worldwide Direct Liquidating Trust, by and through its undersigned attorneys, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the additional following items to be included in the record on appeal, with respect to Appellant's appeal of the Order of the United States Bankruptcy Court for the District of Delaware entered March 10, 2005, entitled "Order Regarding Application of Hennigan, Bennett & Dorman LLP For Allowance of Compensation and For Reimbursement of Expenses Incurred in Defense of Objection to the Firm's Final Fee Application" [Docket Entry 3312]:

| Date Filed | Bankruptcy Docket Number | Title |
|---|---|---|
| 8/14/2001 | 2441 | Verified Application for Compensation (Sixth & Final of Hennigan, Bennett & Dorman) |
| 8/14/2001 | 2442 | Submission of Exhibits to Sixth & Final Verified Application of Hennigan, Bennett & Dorman |
| 10/5/2001 | 2506 | Motion of the Liquidating Trustee to Extend Time for Objection Deadlines to All Final Fee Applications |
| 10/19/2001 | 2517 | Order Setting Objection Deadline to All Final Fee Applications |
| 11/7/2001 | 2531 | Order Setting Objection Deadline to All Final Fee Applications |

| 4/24/2002 | 2719 | Transcript of Hearing Held on April 18, 2002 |

Dated: April 1, 2005
Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

*[signature: Steven K. Kortanek]*

Steven K. Kortanek (#3106)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189

- and -

WOLLMUTH MAHER & DEUTSCH
Paul R. DeFilippo
One Gateway Center, 9th Floor
Newark, New Jersey
(973) 733-9200

Counsel for Goldin Associates, L.L.C.,
Liquidating Trustee of the Worldwide Direct
Liquidating Trust