# SIGN-IN SHEET

**CASE NAME:** Worldwide Direct  
**COURTROOM NO.:** 1  
**CASE NO.:** 99-108  
**DATE:** 10-25-02

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| RICHARD COBB | Klett Rooney | Wilmington Trust |
| ADAM LANDIS | " | " |
| STEVE REISBERG | Willkie Farr | " |
| WILHEMINA DE WARDEN | " | " |
| TONY HO | " | " |
| David Pellegrino | Tannenbaum Helpern | |
| Vincent J. Syracuse | " | |
| Wayne Davis | " | |
| Joe Bodnar | Walsh Monaco | |
| Paul DeFilippo | Wollmuth Maher Deutsch | Liquidating Trustee |