UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORLDWIDE DIRECT, INC., et al., | ) | Case Nos. 99-108 to -127 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### EXHIBITS FOR DECEMBER 5, 2002 HEARING ON HBD'S FEE APPLICATION

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 1 | 2/7/00 Wielebinski (Munsch Hardt - Committee Counsel) letter to Bennett (HBD). | Stipulated |
| 2 | 5/14/99 Johnston (HMB) letter to Gordon (Wachtell - AT&T Counsel). | Stipulated |
| 3 | 5/27/99 Johnston (HMB) letter to Ferguson (Munsch Hardt - Committee Counsel). | Stipulated / Dup. Of Exh. 30 |
| 4 | 7/30/99 Ballard (HMB) letter to Marshall (Munsch Hardt - Committee Counsel). | Stipulated // Dup. Of Exh. 50 |
| 5 | 3/5/01 Kontos (HMB) letter to Appenzeller (Munsch Hardt - Committee Counsel) countersigned. | Stipulated |
| 6 | Legal Cost Control Brochure | Marked at 5/16/02 hearing as LT-6 |
| 7 | 10/27/01 Gibbons Del Deo retainer agreement. | Removed from Stip. |
| 8 | Chart regarding Legal Cost Control data entry errors. | Objection by LT/Removed from Stip. |
| 9 | 3/17/2000 Johnston (HB) memorandum to Debtors, Committee and U.S. Trustee. | Removed from Stip. |
| 10 | 3/5/2001 Johnston (HBD) memorandum to Debtors, Committee and U.S. Trustee. | Removed from Stip. |
| 11 | Excerpt from 4th Interim Fee Application. | 4th Fee App. Ex. 65 |
| 12 | Excerpt from 6th Interim Fee Application. | 6th Fee App. Ex. 67 |

183361\v3

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 13 | 7/21/99 Ferguson (Munsch Hardt - Committee Counsel) to Johnston (HMB). | Stipulated |
| 14 | July 26, 1999 Transcript of Proceedings. | Stipulated |
| 15 | Second and third interim fee application excerpts. | 2nd Fee App. Ex. 63; 3rd Fee App. Ex. 64 |
| 16 | Final fee application of Munsch Hardt - Committee Counsel | Objection by LT/No Stip. |
| 17 | Final fee application of Howrey & Simon. | Objection by LT/No Stip. |
| 18 | 10/1/01 Goldin Associates, Liquidating Trustee memorandum to Professionals Retained in the Worldwide Direct/SmarTalk Bankruptcy Cases. | Objection by LT/No Stip. |
| 19 | 10/2/01 Johnston letter to Pauker (Goldin & Associates). | Objection by LT/No Stip. |
| 20 | 12/4/2001 Notice of Deposition. | Stipulated |
| 21 | 1/30/2002 Amended Notice of Deposition of James Johnston. | Stipulated |
| 22 | 1/28/02 Interrogatory responses and 2/15/02 DeFilippo supplemental letter. | Marked at 5/16/02 hearing |
| 23 | 1/28/02 Notice and Motion and Motion for Order Quashing Subpoenas Served on Aerotel, Ltd. And Resurgence Asset Management, LLC by Hennigan, Bennett & Dorman. | Stipulated |
| 24 | 1/21/02 objections to the first request for production of documents and other tangible things by Hennigan, Bennett & Dorman. | Marked at 5/16/02 hearing |
| 25 | 2/22/02 Langendorfer (Gibbons, Del Deo) letter to Kontos (HBD) attaching privilege log. | Stipulated |
| 26 | 3/14/02 Kardos (Gibbons, Del Deo) letter to Kontos (HBD). | Stipulated |
| 27 | 4/19/99 Thad Bereday memorandum to Wielebinski. | Stipulated |
| 28 | 5/14/99 Johnston (HMB) letter to Ferguson (Munsch Hardt - Committee Counsel). | Stipulated |
| 29 | 5/18/99 Ferguson (Munsch Hardt - Committee Counsel) letter to Thad Bereday. | Stipulated |

183361\v3

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 30 | 5/27/99 Johnston (HMB) letter to Ferguson. | Dup. Of Ex. 4 |
| 31 | 10/20/99 internal HBD memorandum regarding document reviews. | Stipulated |
| 32 | 11/1/99 internal HBD memorandum regarding document reviews. | Stipulated |
| 33 | 3/31/2000 internal HBD memorandum regarding document review and production. | Stipulated |
| 34 | 8/3/99 Kontos (HMB) letter to Ferguson. | Stipulated |
| 35 | 10/27/99 Kontos (HMB) letter to Bush, Phillips, Herkenhoff and Olsen. | Stipulated |
| 36 | 11/2/99 Kontos letter to Bush (Munsch Hardt - Committee Counsel). | Stipulated |
| 37 | 10/6/99 Motion to Limit Notice and Motion for Order Authorizing Use of Funds for the Electronic Imaging of Certain Documents. | Stipulated |
| 38 | 11/18/99 Kontos letter to Phillips (Heller), Buckser (Bernstein) and Bush (Munsch Hardt - Committee Counsel). | Stipulated |
| 39 | 3/30/00 Kontos letter to Lyon (Munsch Hardt - Committee Counsel). | Stipulated |
| 40 | 12/9/99 internal HBD memorandum regarding document review and production. | Stipulated |
| 41 | 12/14/99 Kontos letter to Durrer (Skadden). | Stipulated |
| 42 | 6/2/2000 Kontos letter to Appenzeller and Lyon (Munsch Hardt - Committee Counsel). | Stipulated |
| 43 | 10/8/99 internal HBD memorandum regarding document review and production. | Stipulated |
| 44 | 11/3/99 internal HBD memorandum regarding document review and production. | Stipulated |
| 45 | 2/4/00 internal HBD memorandum regarding document review and production. | Stipulated |
| 46 | Fletcher's document request to Debtors. | Stipulated |
| 47 | Plaintiffs' Rule 26 initial disclosure. | Stipulated |

183361\v3

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 48 | 7/22/99 Johnston (HMB) to Ferguson (Munsch Hardt - Committee Counsel). | Stipulated |
| 49 | 7/29/99 internal HBD e-mail from Ballard to Johnston. | Stipulated |
| 50 | 7/30/99 Ballard letter to Marshall. | Duplicative of Exhibit 4/Withdrawn |
| 51 | 8/13/99 Kontos and Ballard memorandum to Ferguson. | Stipulated |
| 52 | 3/28/01 Appenzeller (Munsch Hardt - Committee Counsel) letter to Kontos (HBD). | Stipulated |
| 53 | In re Keravision, Inc., 2000 U.S. Dist. LEXIS 1586 (2000). | No Stip. |
| 54 | PWC Memo | Objection by LT / No Stip. |
| 55 | HMB's Draft Complaint against Donaldson, Lufkin and Jenrette et al. dated October 1999. | Stipulated |
| 56 | Creditor's Committee Presentation | Objection by LT / No Stip.; attached to BB Decl. As Exh. 56 |
| 57 | Privilege log regarding the SMTK documents prepared by HBD in connection with the matter of *SmarTalk TeleServices, et al. v. Fletcher International Limited*. | Stipulated |
| 58 | Index of the SMTK document depository prepared by HBD (HBD0009300-10106). | Stipulated |
| 59 | Box tracker report prepared by HBD, including information regarding the location and description of SMTK documents. | Stipulated |
| 60 | HBD Write-Offs Reports (HBD 0017546-18067). | Stipulated |
| 61 | Backup for expenses claimed by HBD (HBD 0018068-20073). | Stipulated; (separate Ex. 61__ includes backup for payments to experts and JAMS |
| 62 | First Interim Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated June 14, 1999. | Stipulated |

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 63 | Second Interim Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated October 14, 1999. | Stipulated |
| 64 | Third Interim Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated February 14, 2000. | Stipulated |
| 65 | Fourth Interim Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated June 12, 2000. | Stipulated |
| 66 | Fifth Interim Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated January 11, 2001. | Stipulated |
| 67 | Sixth and Final Verified Application of Hennigan, Bennett & Dorman for Allowance of Compensation and for Reimbursement of Expenses, dated August 13, 2001. | Stipulated |
| 68 | Various invoices and timesheets relating to temporary personnel (HBD 0015034-0015411) | Stipulated |
| 69 | Gibson Arnold & Associates, Inc. invoices and timesheets relating to temporary personnel (HBD 0015412-0015849) | Stipulated |
| 70 | Revised Declaration of Eugene I. Davis in Support of Hennigan, Bennett & Dorman's Final Fee Application dated May 14, 2002. | Stipulated |
| 71 | Revised Declaration of Thaddeus Bereday in Support of Hennigan, Bennett & Dorman's Final Fee Application dated May 16, 2002. | Stipulated |
| 72 | Revised Declaration of Shawna L. Ballard in Support of Hennigan, Bennett & Dorman's Final Fee Application dated May 14, 2002. | Stipulated |
| 73 | Retainer Agreement (12/28/98) | Copy not included in exhibit set per JOJ |
| 74 | DLJ Protective Order | |
| 75 | "Global" SMTK Protective Order | |
| 76 | Fletcher 2004 Request | |
| 77 | Creditors Committee 2004 Request | |

183361\v3

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 78 | Debtor's 2004 Request to PWC | |
| 79 | Marquess letter to Mix re "draft" reports; cover letter from Gibbons Del Deo. | Marked at 5/16/02 hearing |
| 80 | Debtor's 2004 Request to DLJ | |
| 81 | Debtor's 2004 Request to CSFB | |
| 82 | Firm Resume | Earlier version attached to BB's Decl. As Exh. 78; updated version included in exhibits as Exh. 82 |
| 83 | Time Entry for Temps (Contemporaneous HBD accounting system) | |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | Amendment to First Fee Application of HMB | Marked at 5/16/02 hearing |
| 88 | Amendment to Third Fee Application of HMB | Marked at 5/16/02 hearing |
| 89 | | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | | |
| 96 | LCC Statement of Engagement. | Marked at 5/16/02 hearing |

183361\v3

| HBD EXH. | DESCRIPTION | NOTES |
|---|---|---|
| 97 | Marquess Deposition Transcript. | Marked at 5/16/02 hearing |
| | July 1999 Cover memo and fee invoice | |
| | August 1999 Cover memo and fee invoice | |
| | Order re 1st Interim Fee Application | |
| | Order re 2nd Interim Fee Application | |
| | Order re 3rd Interim Fee Application | |
| | Order re 4th Interim Fee Application | |
| | Order re 5th Interim Fee Application | |
| | Order re 6th Interim and Final Fee Application | None |
| | Notice and Affidavit of Service re 1st Interim Fee Application | |
| | Notice and Affidavit of Service re 2nd Interim Fee Application | |
| | Notice and Affidavit of Service re 3rd Interim Fee Application | |
| | Notice and Affidavit of Service re 4th Interim Fee Application | |
| | Notice and Affidavit of Service re 5th Interim Fee Application | |
| | Notice and Affidavit of Service re 6th Interim and Final Fee Application | |
| | Post-APP Fee Apps (Munsch Hardt; LCC; Wollmuth; Gibbons Del Deo; et al. | |

| LT EXH. | DESCRIPTION | NOTES |
|---|---|---|
| LT-1 | Deposition Transcript of David Pauker | |
| LT-2 | LCC's Report | |
| LT-6 | LCC's Brochure | Also HBD 6 |

183361\v3