IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WORLDWIDE DIRECT, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 99-00108(MFW) through<br>Case No. 99-00127(MFW)<br>Jointly Administered<br>Under Case No. 99-00108<br>**Hearing Date: January 16, 2003 at 4:00 p.m.**<br>**Objection Deadline: January 8, 2003 at 4:00 p.m.**<br>**Related Docket No. 2998** |

## CERTIFICATION OF NO OBJECTION

I, Steven K. Kortanek, of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP ("the Firm"), hereby certify that no answer, response or objection has been received by the Firm in its Wilmington office to the best of my knowledge; and that a search of the Docket reveals that no answer, response or objection was filed, in response to the **Motion Of The Liquidating Trustee For Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rule 9019(a) Authorizing And Approving Compromise And Settlement Of Claims Related To Frontier Communications Of The West, Inc. And Frontier Communications, International, Inc.** (the "Motion"), filed and served on December 26, 2002, by the applicable deadline for such responses, January 8, 2003 at 4:00 p.m.

Dated: January 13, 2003
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP


    /s/Steven K. Kortanek
Steven K. Kortanek (#3106)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
E-mail: skortanek@klehr.com

Co-Counsel for Goldin Associates, L.L.C.,
Liquidating Trustee of the Worldwide Direct
Liquidation Trust

DEL1: 47861-1