IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WORLDWIDE DIRECT, INC., | ) | Case Nos. 99-108 (MFW) |
| et al., | ) | through 99-127 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered Under |
| | ) | Case No. 99-108 (MFW)) |

<u>O R D E R</u>

AND NOW, this 29th day of **OCTOBER, 2004**, upon consideration of the Sixth and Final Verified Application of Hennigan, Bennett & Dorman ("HBD") for Allowance of Compensation and for Reimbursement of Expenses, the Objection of the Liquidating Trustee thereto, and the Reply of HBD, and after hearings held on May 16 and December 5, 2002, it is hereby

**ORDERED** that the Objection of the Liquidating Trustee is hereby SUSTAINED in part; and it is further

**ORDERED** that Hennigan, Bennett & Dorman are allowed final fees in the amount of $5,492,359.69 and expenses in the amount of $1,042,422.46; and it is further

**ORDERED** that to the extent Hennigan, Bennett & Dorman has not received interim payments in the above amount, the Liquidating Trustee shall pay the difference but to the extent Hennigan, Bennett & Dorman has received interim payments in excess of the above amount, it shall disgorge the difference to the Liquidating Trustee.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge

cc:  See attached

**SERVICE LIST**

Steven Kortanek, Esquire
Stephanie A. Fox, Esquire
KLEHR HARRISON HARVEY BRANZBURG
 & ELLERS, LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

Elizabeth S. Kardos, Esquire
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, NJ 07102

Robert S. Brady, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
11th Floor, Rodney Square North
P.O. Box 391
Wilmington, DE  19899-0391

Bruce Bennett, Esquire
James O. Johnston, Esquire
HENNIGAN MERCER & BENNETT
601 South Figueroa Street
Suite 3300
Los Angeles, CA  90017

OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street
Lockbox 35
Suite 2313
Wilmington, DE  19801