UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WORLDWIDE DIRECT, INC., et al., | ) | Cases Nos. 99-108 to –127 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: February 8, 2005 at 11:30 am** |
| | ) | **Objections Due: February 1, 2005 at 4:00 pm** |

## CERTIFICATE OF SERVICE

I, Donna L. Cardenas, herby declare and certify that:

I am over the age of eighteen years and not a party to the within action. My business address is Hennigan, Bennett & Dorman LLP, 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On December 30, 2004, I served the following pleadings:

1. NOTICE OF APPLICATION;
2. APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES INCURRED IN DEFENSE OF OBJECTION TO THE FIRM'S FINAL FEE APPLICATION;
3. RESPONSE OF HENNIGAN, BENNETT & DORMAN LLP TO MOTION BY LIQUIDATING TRUSTEE TO ENFORCE OCTOBER 29, 2004, ORDER; AND
4. DECLARATION OF JAMES O. JOHNSTON IN SUPPORT OF RESPONSE OF HENNIGAN, BENNETT & DORMAN LLP TO MOTION BY LIQUIDATING TRUSTEE TO ENFORCE OCTOBER 29, 2004, ORDER.

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

**See attached service list.**

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I also served the above-referenced pleadings on the following interested parties in this action by Federal Express Priority Overnight service as indicated below:

**Wollmuth Maher & Deutsch, L.L.P.**
**Attn: Paul DeFilippo**
    **Brendan Langendorfer**
**One Gateway Center**
**Newark, NJ 07102**

**Steven K. Kortanek, Esq.**
**Klehr, Harrison, Harvey, Branzburg & Ellers**
**919 North Market Street, Suite 1000**
**Wilmington, DE 19801**

I declare that I am employed in an office of a member of the bar of the State of California, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on December _30, 2004, at Los Angeles, California.

_____
Donna L. Cardenas, Declarant

Agricultural Excess and Surplus Insurance Co.
c/o Peterson & Ross
220 East Randolph Drive, Suite 7300
Chicago, IL 60601-6969

BCBSM
Felicia Davis
Provider Services
P.O. Box 64560
St. Paul, MN 55164-0560

Beckette, Thomas
P.O. Box 22
Prosperity, WV 25909

Bereday, Thaddeus
The WellCare Management Group
6800 North Dale Mabry Highway, Suite 268
Tampa, FL 33614

Billett, Barbara G.
Deputy Commissioner and Counsel
Department of Taxation and Finance
Attn: Elaine Z. Cole, Esq.
340 E. Main Street
Rochester, NY 14604

Conference Plus, Inc.
Merci De Vries, Collection Specialist
1051 E. Woodfield Rd.
Schaumburg, IL 60173-4706

Ms. Allison Levin
VarTec Telecom, Inc.
1600 Viceroy Dr.
4th Floor Legal Dept.
Dallas, TX 75235

Day, Berry & Howard LLP
James J. Tancredi, Esq.
CityPlace I
Hartford, CT 06103-3499

DiFolco, Anthony
150 Middle Highway
Barrington, RI 02806-

Duval & Stachenfeld, LLP
Attn: Warren R. Graham, Esq.
300 East 42nd Street
New York, NY 10017

Ervin, Cohen & Jessup LLP
Attn: Michael S. Kogan, Esq.
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Executive Risk Indemnity, Inc.
c/o Ian Connor Bifferato, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Executive Risk Indemnity, Inc.
c/o R. Douglas Noah, Esq. / Christopher C. White, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
5000 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Executive Risk Indemnity, Inc.
c/o Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Flower City Printing, Inc.
Attn: Diane Brooks
1725 Mt. Read Blvd.
Rochester, NY 14606

Goldin Associates, L.L.C.
Attn: David Pauker
400 Madison, 10th Floor
New York, NY 10017

Hennigan & Bennett
Attn: James Johnston, Esq.
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Horry Telephone Cooperative, Inc.
3840 Highway 701 North
P.O. Box 1820
Conway, SC 29528-1820

Landis Rath & Cobb
c/o Adam G. Landis
919 Market Street, 6th floor
Wilmington, Delaware 19801

KPMG Peat Marvick, LLP
c/o Argo Partners
Matthew Gold
12 West 37th Street, 9th Floor
New York, NY 10018

Loritts, Hazey
2040 Shaftesbury Rd.
Dayton, OH 45406

Malone, Barbara W.
37 West Pecan Street
Belmont, NC 28012

McCurdy, Patrick E.
661 Stoney Creek Circle
Corona, CA 92879-8585

McLadden, Dorothy
6444 South 46th Way
Phoenix, AZ 85040

Merlin Transportation Services
c/o Argo Partners
Matthew Gold
12 West 37th Street, 9th Floor
New York, NY 10018

Milberg Weiss Bershad Hynes & Lerach LLP
Attn: William S. Lerach, Esq.
401 B Street, Suite 1700
San Diego, CA 92101

Motl, Diana J.
1660 Edgewater Drive
Mount Dora, FL 32757-6937

Neal Ossen, Chapter 7 Trustee
Shared Technologies, Inc.
c/o Steven M. Greenspan, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

New Access Communications
c/o Steven C. Clay, Esq.
120 South 6th Street, Suite 950
Minneapolis, MN 55402

William K. Harrington, Esq.
Office of the U.S. Trustee
844 King Street, Room 2313
Lock Box 35
Wilmington, DE 19801

Old Dominion Freight Line, Inc.
Attn: Jan Wray, Bankruptcy Files Coordinator
500 Old Dominion Way
Thomasville, NC 27360

PricewaterhouseCoopers, LLP
c/o George E. Greer, Esq.
Heller, Ehrman, White & McCauliffe
6100 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7098

PricewaterhouseCoopers, LLP
c/o Stephen M. Miller, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Pulaski County Treasurer
Linda Alexander, Deputy Treasurer
P.O. Box 430
Little Rock, AR 72203

Sandberg, B. David
166 Chestnut Street
Cambridge, MA 02139

Sir Speedy #8137
Attn: Edward Knopf, President
1632 Beacon Street
Brookline, MA 02446

SMTK Expedite Co., Inc.
Attn: Lois A. Mannon, CPA
Chief Accounting Officer
6543 Commerce Parkway, Suite E
Dublin, OH 43017

Spangenberg, Erich L.
12136 St. Andrews Drive
Rancho Mirage, CA 92270

Tannenbaum Helpern Syracuse & Hirschtritt LLP
Attn: Wayne H. Davis, Esq.
David A. Pellegrino, Esq.
Vincent J. Syracuse, Esq.
900 Third Avenue
New York, NY 10022

Tattle Tale Alarm Systems
Alan Buergenthal, Esq.
958 North High Street
Columbus, OH 43201

Telemac Corporation
c/o Eric Landau, Esq. / Shawn Harpen, Esq.
McDermott, Will & Emery
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-0187

The Five S Trust
c/o Wechsler, Harwood, Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
8th Floor
New York, NY 10022

Ulics, George
918 McDaniel Street
Sun City Center, FL 33573-7010

Universal Service Administrative Company
D. Scott Barash, Esq.
Vice President & General Counsel
2000 L Street N.W., Suite 200
Washington, DC 20036

Vending Times
Carol J. McInerney, Controller
1375 Broadway, 6th Floor
New York, NY 10018-7002

Waugh, Velma
16317 Raymond Street
Maple Heights, OH 44137-2822

West Virginia Tax Department
Chrissy Brown, Special Procedures/Bankruptcy Unit
P.O. Box 766
Charleston, WV 25323-0766

Wilkie Farr & Gallagher
Tonny K. Ho, Esq.
Brian E. O'Connor, Esq.
Wilhelmina A. De Harder, Esq.
Steven H. Reisberg, Esq.
787 Seventh Avenue
New York, NY 10019-6099

Robert S. Brady, Esq.
James L. Patton, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, De 19899-0391

Wilmington Trust Company
David C. Roulston
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Wooddell, Wayne V.
5 Wild Creek Way
Ormond Beach, FL 32174

Connolly Bove Lodge & Hutz LLP
Attn: Craig B. Young
1990 M Street NW, Suite 800
Washington, DC 20036

Weiner & Laurin, LLP
Attn: Richard L. Weiner/Paul J. Laurin
15760 Ventura Blvd., Suite 1727
Encino, CA 91436-3028

TAC Worldwide Companies
Attn: Paul Addorisio
888 Washington Street
P.O. Box 9100
Dedham, MA 02027-9100

McFadden, McFadden
6444 South 46th Way
Phoenix, AZ 85040

Toyota Motor Credit Corporation
Attn: Thomas A. Lee III
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Gwendolyn M. Lacy, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

American Express Travel Related Services
Attn: Thomas A. Lee III
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Dennis E. Glazer, Esquire
D. Soung T. Nguyen, Esquire
Neal A. Potischman, Esquire
Dana Robinson, Esquire
Lindsay Tomenson, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Eric Seler, Esquire
Hal Neier, Esquire
Hallie Levin, Esquire
Heather Windt, Esquire
Friendman, Kaplan Seiler & Adelman, LLP
1633 Broadway
New York, NY 10019

Joseph J. Wielebinski, Esq.
Mark H. Ralston, Esq.
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue, Suite 4000
Dallas, TX 75202-2790

Wendy Jacobsen, Legal Dept.
Credit Suisse First Boston Corp.
11 Madison Avenue
New York, NY 10010-3629

DEL1 57461-1