

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Kevin F. Brady**
TEL (302) 888-6257
FAX (302) 255-4257
EMAIL kbrady@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
(302) 658 9141
(302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

May 27, 2005



RECEIVED MAY 27 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Appeal: Worldwide Direct, Inc. - CV 1:05 – 00206-~~UNA~~ KAJ

Dear Monica:

    I have met with counsel for the parties in mediation and was unable to resolve the case. As a result, the mediation is completed and the appeal in this case is ready to proceed.

Yours very truly,

*Kevin F. Brady*

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Clerk, U.S. District Court
      Robert S. Brady, Esquire
      Steven K. Kortanek, Esquire
      (391329,p1)