IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| WORLDWIDE DIRECT INC., et al., ) | Bank. No. 99-108 to 99-107 MFW |
| ) | |
| Debtors. ) | |
| _____ ) | |
| HENNIGAN BENNETT & DORMAN LLP, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-206-KAJ |
| ) | |
| GOLDIN ASSOCIATES L.L.C. ) | |
| (Liquidating Trustee) for the Worldwide ) | |
| Direct Liquidating Trust. ) | |
| ) | |
| Appellee. ) | |

### ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than June 16, 2005.

_____
UNITED STATES DISTRICT JUDGE

June 2, 2005
Wilmington, Delaware