## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WORLDWIDE DIRECT, INC., et al.,<br><br>　　　　　　　　*Debtors.* | Bankr. Nos. 99-108 to -127 (MFW) |
| HENNIGAN, BENNETT & DORMAN LLP,<br><br>　　　　　　　　*Appellant,*<br><br>　　v.<br><br>GOLDIN ASSOCIATES, L.L.C., as Liquidating Trustee for the Worldwide Direct Liquidation Trust,<br><br>　　　　　　　　*Appellee.* | Civil Action No. 05-206-KAJ |

### STIPULATED APPELLATE BRIEFING SCHEDULE

Pursuant to the June 2, 2005, Order of the Court, the parties to the above-captioned appeal hereby stipulate to the following schedule for the submission of appellate briefs:

1.  The Opening Brief of appellant Hennigan, Bennett & Dorman LLP ("HBD"), together with the Appendix required by Rule 8009 of the Federal Rules of Bankruptcy Procedure, shall be filed and served by no later than July 22, 2005.

2.  The Opening Brief of appellee Goldin Associates, L.L.C., as Liquidating Trustee for the Worldwide Direct Liquidation Trust, together with any supplemental Appendix under Rule 8009 of the Federal Rules of Bankruptcy Procedure, shall be filed and served by no later than August 26, 2005.

3.  HBD's Reply Brief shall be filed and served by no later than September 16, 2005.

4. The parties shall serve electronic copies of the Briefs on opposing counsel by electronic mail, with hard copies of the Briefs and Appendices to be served by first-class mail.

Respectfully submitted,

HENNIGAN, BENNETT & DORMAN LLP

_____
James O. Johnston
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90004
(213) 694-1200

-and-

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Robert. S. Brady
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 5781-6600


GOLDIN ASSOCIATES, L.L.C.,
As Liquidating Trustee For The
Worldwide Direct Liquidation Trust,


_____
Adam Brief
WOLLMUTH MAHER & DEUTSCH
One Gateway Center, 9th Floor
Newark, New Jersey
(973) 733-9200

-and-

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP
Steven K. Kortanek
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189

4. The parties shall serve electronic copies of the Briefs on opposing counsel by electronic mail, with hard copies of the Briefs and Appendices to be served by first-class mail.

Respectfully submitted,

HENNIGAN, BENNETT & DORMAN LLP

_____
James O. Johnston
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90004
(213) 694-1200

-and-

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Robert. S. Brady
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 5781-6600

GOLDIN ASSOCIATES, L.L.C.,
As Liquidating Trustee For The
Worldwide Direct Liquidation Trust,

/s/ Adam Brief
_____
Adam Brief
WOLLMUTH MAHER & DEUTSCH
One Gateway Center, 9th Floor
Newark, New Jersey
(973) 733-9200

-and-
/s/ Steven K Kortanek                /SKB w/ permission
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP
Steven K. Kortanek
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189

488705.v1

-2-