## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005, I electronically filed a true and correct copy of the

Appellant Hennigan, Bennett & Dorman LLP's Opening Brief with the Clerk of the Court using

CM/ECF, which will send notification that such filing is available for viewing and downloading

to the following counsel of record:

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg
   & Ellers LLP
919 Market Street, Suite 1000
Wilmington, De  19801

     I further certify that on July 22, 2005, I served the Appellant Hennigan, Bennett &

Dorman LLP's Opening Brief upon the following non-registered participants in the manner

indicated below:

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg
   & Ellers LLP
919 Market Street, Suite 1000
Wilmington, De  19801
***By E-Mail and Hand Delivery***

Paul R. DeFilippo, Esq.
Wollmuth, Maher & Deutsch
One Gateway Center, 9th Floor
Newark, NJ  07102
***By Email and Federal Express***

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
***By Email and Hand Delivery***

Robert S. Brady (Bar No. 2874)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
rbrady@ycst.com

*Counsel for Appellant Hennigan, Bennett & Dorman LLP*