UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WORLDWIDE DIRECT, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 99-00108(MFW) through <br> Case No. 99-00127(MFW) <br><br> (Jointly Administered) |
| HENNIGAN, BENNETT & DORMAN LLP, <br><br> Appellant, <br><br> vs. <br><br> GOLDIN ASSOCIATES, L.L.C. AS LIQUIDATING TRUSTEE, <br><br> Appellee. | Civil Action No. 05-206 |

### CERTIFICATE OF SERVICE

I, Michael W. Yurkewicz, hereby certify that on this 25th day of August, 2005, I caused a copy of the foregoing Brief of Appellee Goldin Associates, L.L.C. as Liquidating Trustee of the Worldwide Liquidating Trust in Opposition to Opening Brief of Hennigan Bennet & Dorman LLP to be served on the parties listed below by first class United States mail, postage prepaid.

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017

Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Michael W. Yurkewicz (#4165)