## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| WORLDWIDE DIRECT, INC., et al., | ) |
| | ) |
| *Debtors.* | ) Bankr. Nos. 99-108 to -127 (MFW) |
| | ) |
| ——————————————————— | ) |
| | ) |
| HENNIGAN, BENNETT & DORMAN | ) |
| LLP, | ) |
| | ) |
| *Appellant,* | ) Civil Action No. 05-206-KAJ |
| | ) |
| v. | ) |
| | ) |
| GOLDIN ASSOCIATES, L.L.C., as | ) |
| Liquidating Trustee for the | ) |
| Worldwide Direct Liquidation Trust, | ) |
| | ) |
| *Appellee.* | ) |
| ——————————————————— | ) |

## REQUEST FOR ORAL ARGUMENT

Appellant Hennigan, Bennett & Dorman LLP ("HBD") respectfully requests oral

argument in connection with the above-captioned appeal, for which briefing is now complete.

September 20, 2005

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
The Brandywine Building – 17th Floor
1000 West Street
P.O. Box 391
(302) 571-6600 (Telephone)

-- and --

HENNIGAN, BENNETT & DORMAN LLP
James O. Johnston
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 (Telephone)

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I electronically filed a true and correct copy

of the Appellant Hennigan, Bennett & Dorman LLP's Request for Oral Argument with the Clerk

of the Court using CM/ECF, which will send notification that such filing is available for viewing

and downloading to the following counsel of record:

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg
   & Ellers LLP
919 Market Street, Suite 1000
Wilmington, De 19801
*Also by Hand Delivery*

I further certify that on September 20, 2005, I served the Appellant Hennigan, Bennett &

Dorman LLP's Request for Oral Argument upon the following non-registered participants in the

manner indicated below:

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*By Email and Hand Delivery*

Paul R. DeFilippo, Esq.
Wollmuth, Maher & Deutsch
One Gateway Center, 9th Floor
Newark, NJ 07102
*By Email and Federal Express*

Robert S. Brady (Bar No. 2874)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
rbrady@ycst.com

*Counsel for Appellant Hennigan, Bennett & Dorman LLP*