IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| WORLDWIDE DIRECT INC., et al., ) | Bank. No. 99-108 to 99-107 MFW |
| ) | |
| Debtors. ) | |
| _____ ) | |
| HENNIGAN BENNETT & DORMAN LLP, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-206-KAJ |
| ) | |
| GOLDIN ASSOCIATES L.L.C. ) | |
| (Liquidating Trustee) for the Worldwide ) | |
| Direct Liquidating Trust. ) | |
| ) | |
| Appellee. ) | |

### ORDER

Oral argument on the pending appeal in the above-captioned action will be heard on **November 15, 2005** beginning at 11:00 a.m. and concluding at 12:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

November 9, 2005
Wilmington, Delaware