IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WORLDWIDE DIRECT INC., et al., | ) | Bank. No. 99-108 to 99-107 (MFW) |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| HENNIGAN BENNETT & DORMAN LLP, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-206-KAJ |
| | ) | |
| GOLDIN ASSOCIATES L.L.C. | ) | |
| (Liquidating Trustee) for the Worldwide Direct | ) | |
| Liquidating Trust, | ) | |
| | ) | |
| Appellee. | ) | |

## MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF PAUL R. DE FILIPPO, ESQUIRE PRO HAC VICE

Steven K. Kortanek (the "Movant"), a member in good standing of the bar of the State of Delaware, an attorney admitted to practice before the United States District Court for the District of Delaware and a partner in the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby moves this Court to enter an order permitting Paul R. DeFilippo, Esquire of the firm of Wollmuth Maher & Deutsch LLP, to practice pro hac vice before this Court to act as co-counsel to Defendant Goldin Associates L.L.C. in the above-captioned action, pursuant to Local District Court Rule 83.5(c). In support of this motion, the Movant respectfully represents as follows:

    1.    Paul R. DeFilippo is a member in good standing of the Bar of the State of New Jersey.

DEL1 62919-1

2. Mr. DeFilippo does not reside in Delaware; is not regularly employed in Delaware; and is not regularly engaged in business, professional, or other similar activities in Delaware.

3. Pursuant to Local District Court Rule 83.5(d), Mr. DeFilippo has become associated with Movant, who is a member of this Court and who maintains an office in the District of Delaware for the regular transaction of business.

4. Pursuant to Local District Court Rule 83.6(i), attached hereto as Exhibit "A" is the certificate of Mr. DeFilippo.

5. Movant respectfully requests that the Court grant this motion so that Mr. DeFilippo can file pleadings and other documents and appear and be heard at any hearings with respect to the above-captioned action.

**WHEREFORE**, Movant respectfully requests that the Court enter an order, in the form filed concurrently herewith, permitting Paul R. DeFilippo, Esquire to appear pro hac vice in association with the Movant as co-counsel to Defendant Goldin Associates L.L.C. in the above-captioned action, and granting such other further relief as the Court deems just and proper.

Dated: November 15, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
Steven K. Kortanek (I.D. No. 3106)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5503

Attorney for Goldin Associates L.L.C.

DEL1 62919-1