**EXHIBIT A**

The undersigned certifies that he is eligible for admission to this Court as follows:

1. I am a member in good standing of the Bar of the State of New Jersey.

2. I voluntarily submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, the above captioned action, as provided in Local District Court Rule 83.6(i), and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such rules.

_____
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Flr.
Newark, NJ 07102
(973) 733-9200

Dated: November 14, 2005

DEL1 62919-1