IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>WORLDWIDE DIRECT INC., et al., )<br>)<br>Debtors. ) | Bank. No. 99-108 to 99-107 (MFW) |
| HENNIGAN BENNETT & DORMAN LLP, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>GOLDIN ASSOCIATES L.L.C. )<br>(Liquidating Trustee) for the Worldwide Direct )<br>Liquidating Trust, )<br>)<br>Appellee. ) | C.A. No. 05-206-KAJ |

**ORDER GRANTING MOTION PURSUANT TO LOCAL
DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF
PAUL R. DE FILIPPO, ESQUIRE PRO HAC VICE**

Upon the motion of Steven K. Kortanek of Klehr, Harrison, Harvey, Branzburg & Ellers LLP (the "Movant"), pursuant to Local District Court Rule 83.5(c), for the admission pro hac vice of Paul R. DeFilippo, Esquire of Wollmuth Maher & Deutsch LLP, due and proper notice having been given under the circumstances; and other good cause appearing;

**IT IS HEREBY ORDERED THAT** Paul R. DeFilippo, Esquire is permitted to appear pro hac vice in association with Movant as co-counsel to Defendant Goldin Associates L.L.C. in the above-captioned action.

_____
Honorable Kent A. Jordan
United States District Court Judge

Dated: _____

DEL1 62919-1