## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on November 15, 2005, two copies of the foregoing Motion Pursuant to Local District Court Rule 83.5(c) for Admission of Paul R. DeFilippo, Esquire Pro Hac Vice were served upon counsel listed below in the manner indicated:

### VIA HAND DELIVERY

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street, 17th Floor
Wilmington, Delaware 19801

*/s/ Steven K. Kortanek*
Steven K. Kortanek (I.D. No. 3106)

DEL1 62919-1