IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| WORLDWIDE DIRECT INC., et al., ) | Bank. No. 99-108 to 99-107 MFW |
| ) | |
| Debtors. ) | |
| ) | |
| HENNIGAN BENNETT & DORMAN LLP, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-206-KAJ |
| ) | |
| GOLDIN ASSOCIATES L.L.C. ) | |
| (Liquidating Trustee) for the Worldwide ) | |
| Direct Liquidating Trust. ) | |
| ) | |
| Appellee. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the ruling of the Bankruptcy Court is hereby overruled and the case is remanded for proceedings consistent with the Memorandum Opinion.

UNITED STATES DISTRICT JUDGE

November 16, 2005
Wilmington, Delaware